```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 18991
  JOHN SAMUEL WYATT
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-1248
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/14/04 and confirmed on 08/27/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 14925.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 9736.03 | .00 | 9736.03 |
| FORD MOTOR CREDIT CO | UNSECURED | 10920.87 | .00 | 1092.09 |
| NICS | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | 2055.76 | .00 | 205.58 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 336.21 | .00 | 33.62 |
| WASHINGTON MUTUAL BANK | COST OF COLLE | 350.00 | .00 | 350.00 |
| PEOPLES GAS | UNSECURED | 1655.37 | .00 | 165.54 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9736.03 | 350.00 | 14968.21 | .00 | 25054.24 |
| PRINCIPAL PAID | 9736.03 | 350.00 | 1496.83 | .00 | 11582.86 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9736.03 | 350.00 | 1496.83 | .00 | 11582.86 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $ 2700.00
and was paid $    2700.00 .

The Trustee received $    628.75 .

Refunds to the Debtor totaled $      13.39 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/23/08                     /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 04 B 18991 JOHN SAMUEL WYATT
```